# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REYNALDO VINCENTE PALAZUELOS, aka "Rey Martinez,"<br><br>Defendant. | Case No. CR 23-00587-JFW<br><br>ORDER OF DETENTION |

I.

On January 18, 2024, Defendant made his initial appearance on the indictment filed in this matter. Deputy Federal Public Defender James Threatt was appointed to represent Defendant. The government was represented by Assistant United States Attorney Joseph Guzman. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(3)(E)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)], and the report and recommendation prepared by the U.S. Probation and Pretrial Services Officer.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Lack of bail resources
- ☒ Criminal History includes providing false identification to peace officers,
- ☒ Use of alias
- ☒ Defendant's commission of the instant offense occurred while on parole, and Defendant has violated his parole conditions four times since his release in 2022
- ☒ history of substance abuse and pattern of continuing criminal activity

As to risk of danger to other persons or the community:

- ☒ Extensive criminal history includes felony convictions for robbery, attempted murder with a firearm, manufacturing a weapon while in prison, and misdemeanor convictions for burglary, battery, assault, providing false identification and probation violations and revocations of parole
- .☒ history of substance abuse
- ☒ Defendant's commission of the instant offense while on parole

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation

with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: January 18, 2024

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE